**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK P. SMITH, | No. C 08-3216 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| ROBERT L. AYERS, JR., | |
| Defendants. | |

This is a civil rights action filed pro se by a prisoner. The court notified plaintiff that he had not paid the filing fee or applied to proceed in forma pauperis ("IFP"). Plaintiff was informed that the case would be dismissed if he did not either pay the fee or apply for IFP status within thirty days. No response has been received.

Leave to proceed in forma pauperis (document number 2 on the docket) is **DENIED**. This case is **DISMISSED** without prejudice. *See* Fed. R.Civ.P. 41(b). The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: August   18  , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\SMITH3216.IFP-DSM.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK P. SMITH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT L. AYERS JR.,<br><br>　　　　　Defendant._____/ | Case Number: CV08-03216 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rick P. Smith
San Quentin State Prison
T-98778
San Quentin, CA 94974

Dated: August 20, 2008

　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　By: D. Toland, Deputy Clerk