IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK P. SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT L. AYERS, JR.,<br><br>    Defendants.<br>_____ / | No. C 08-3216 WHA (PR)<br><br>**JUDGMENT** |

    The court has dismissed this prisoner in forma pauperis complaint. A judgment of dismissal without prejudice is entered in favor of defendants. Plaintiff shall take nothing by way of his complaint.

    **IT IS SO ORDERED.**

Dated: August __18__, 2008.

                                  WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\SMITH3216.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICK P. SMITH,

        Plaintiff,

  v.

ROBERT L. AYERS JR.,

        Defendant.

Case Number: CV08-03216 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rick P. Smith
San Quentin State Prison
T-98778
San Quentin, CA 94974

Dated: August 20, 2008

                                        Richard W. Wieking, Clerk
                                        By: D. Toland, Deputy Clerk